## In re Probate Judge L. John CAIN

[617 A.2d 432]

No. 92-231

October 30, 1992. Upon recommendation of the Judicial Conduct Board and no appeal having been filed, the recommendation of the Judicial Conduct Board is approved. Probate Judge L. John Cain is hereby publicly reprimanded for violating Canon 3A(5), which provides that "[a] judge should dispose promptly of the business of the court."

The recommendation of dismissal of another charge as time-barred is also approved.

Rules of Supreme Court for Disciplinary Control of Judges, Rules 6(19)(a), 11(1) and (2).

## In re Assistant Judge Phyllis M. ETHERIDGE

[617 A.2d 432]

No. 92-035

November 2, 1992. Upon recommendation of the Judicial Conduct Board and no appeal having been filed, the recommendation of the Judicial Conduct Board is approved and former assistant judge Phyllis M. Etheridge is hereby publicly reprimanded for violating Canon 3C(1)(a), which requires that "[a] judge should disqualify [herself] in a proceeding in which [her] impartiality might reasonably be questioned, including but not limited to instances where . . . [she] has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding." Rules of Supreme Court for Disciplinary Control of Judges, Rule 11(1) and (2).

## In re Assistant Judge Elizabeth GRETKOWSKI

[616 A.2d 249]

No. 92-091

November 2, 1992. Upon recommendation of the Judicial Conduct Board and no appeal having been filed, the revised recommendation of the Judicial Conduct Board filed on May 12, 1992, is approved and Assistant Judge Elizabeth Gretkowski is hereby publicly reprimanded for violating Canon 3A(4) (engaging in ex parte communication concerning a pending proceeding) and Canon 3A(6) (publicly commenting upon a pending matter). Rules of Supreme Court for Disciplinary Control of Judges, Rule 11(1) and (2).